Case 3:17-cv-05594-WHO   Document 2   Filed 07/13/17   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RYAN M. WILLIAMS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GATHERAPP, INC.,<br><br>        Defendant. | Case No. 4:17-CV-00572 DW |

## DEFENDANT'S DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1, Defendant GatherApp, Inc. ("Gather"), by and through its undersigned counsel, hereby states that Gather has no parent companies, subsidiaries or affiliates that have issued shares to the public.

**STINSON LEONARD STREET LLP**

By:  */s/Jere D. Sellers*
Jere D. Sellers  #44505
Brett A. Shanks  #67749
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
(816) 691-3190/Facsimile: (816) 412-8195
jere.sellers@stinson.com
brett.shanks@stinson.com
*Attorneys for Defendant GatherApp, Inc.*

1

CORE/9990000.5737/134010457.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July 2017, I filed a copy of the foregoing **Defendant's Certificate of Interest** via the Court's CM/ECF system, thereby causing it to be served upon all counsel of record for Plaintiff and sent by email and first class U.S. mail, postage prepaid, to the following:

Bill Kenney
Bill Kenney Law Firm, LLC
1101 Walnut Street, Suite 102
Kansas City, MO 64106
(816) 842.2455
Fax: (816) 474.8899
bkenney@billkenneylaw.com

and

Ari Rodopoulos
Noah Wood
Wood Law Firm, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105
(816) 256.3582
Fax: (816) 337.4243
ari@woodlaw.com
noah@woodlaw.com

Attorneys for Plaintiff and all others
Similarly situated
.

    */s/ Jere D. Sellers*
    Attorney for Defendant GatherApp, Inc.